Case 2:15-cr-00598   Document 11   Filed on 07/16/15 in TXSD   Page 1 of 1

United States Courts
Southern District of Texas
FILED

JUL 16 2015

David J. Bradley
Clerk of Court

U.S. Department of Justice
Washington, D.C.

Criminal Docket
Presented in Victoria

CORPUS CHRISTI    Division

Magistrate No.:   C-15-768M

File:    INDICTMENT

Filed:   July 16, 2015

County:  San Patricio

LIONS #:  2015R12185

CR. No.: **C-15-598**

Judge: **JUDGE JOHN D. RAINEY**

Attorneys:

KENNETH MAGIDSON, U.S. ATTORNEY
CHAD W. COWAN, ASST. U.S. ATTORNEY
GRAND JURY ACTION          APP'D   RET

United States of America

v.

MOISES MUNGUIA

AKA MOY

**PLEASE INITIAL**

TRUE BILL: _____

NO BILL: _____

Charge(s):  Ct. 1: Did knowingly and intentionally possess with intent to distribute approximately 239.4 grams of methamphetamine: 21 USC 841(a)(1) and 841(b)(1)(A).

Total Counts: (1)

Penalty:  Ct. 1: Not less than 10 years or more than life imprisonment without probation, parole, or a suspended sentence, or a fine not to exceed $10 million, or both; at least 5 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court.

In Jail:  XXX

On Bond: _____

No Arrest: _____